1  BENJAMIN B. WAGNER
   United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff



FILED

OCT 25 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )  1:10-CV-01881-OWW-GSA
                                       )
       Plaintiff,                      )  **ORDER REGARDING CLERK'S ISSUANCE**
                                       )  **OF WARRANT FOR ARREST OF**
   v.                                  )  **ARTICLES *IN REM***
                                       )
2007 CHEVROLET SILVERADO 1500          )
PICKUP TRUCK,                          )
VIN:1GCEK14J27Z545955, CALIFORNIA      )
LICENSE NO. 8G37483,                   )
                                       )
       Defendant.                      )
                                       )
_____)

   WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on October 6, 2010, in the United States District Court for the Eastern District of California, alleging that the defendant 2007 Chevrolet Silverado 1500 Pickup Truck, VIN: 1GCEK14J27Z545955, California License No.8G37483 (hereafter "defendant vehicle") is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(4) for one or more violations of 21 U.S.C. § 841 *et seq.*;

   And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special Agent Anthony R. Ward, there is probable cause to believe that the defendant vehicle so described constitutes property that is subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime

Claims and Asset Forfeiture Actions;

    IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant vehicle.

Dated: 10/22/10

GARY S. AUSTIN
United States Magistrate Judge