BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-CV-01881-OWW-GSA |
| Plaintiff, | **DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| 2007 CHEVROLET SILVERADO 1500 PICKUP TRUCK, VIN:1GCEK14J27Z545955, CALIFORNIA LICENSE NO. 8G37483, | |
| Defendant. | |

This matter came on before the Honorable Magistrate Judge Gary S. Austin on plaintiff United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant vehicle to oppose plaintiff's motion. The Magistrate Judge has recommended that plaintiff's motion for default judgment be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is

ORDERED, ADJUDGED AND DECREED:

1. The Magistrate Judge's Findings and Recommendations are adopted herein.

2. Jorge Vargas and Mireya Vargas are held in default.

1       Default Judgment and Final Judgment of

Forfeiture

1     3. A judgment by default is hereby entered against any right, title, or interest of Jorge Vargas and Mireya Vargas in the defendant vehicle referenced in the above-caption.

    4. A final judgment of forfeiture is hereby entered, forfeiting all right, title, and interest in the defendant vehicle to the United States, to be disposed of according to law.

    5. All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:   July 14, 2011**           /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE