1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  1:10-cv-01881 OWW GSA |
| Plaintiff, | )  **ORDER ADOPTING FINDINGS AND** |
| | )  **RECOMMENDATIONS IN FULL** |
| v. | ) |
| | )  (Documents 21 and 27) |
| 2007 CHEVROLET SILVERADO 1500 | ) |
| PICKUP TRUCK, VIN: | ) |
| 1GCEK14J27Z545955, CALIFORNIA | ) |
| LICENSE NO. 8G37483 | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

17

18

19       Plaintiff United States of America filed its complaint in this civil forfeiture action on

20  October 6, 2010.  (Doc. 1.)  On March 10, 2011, the Clerk entered default as to Mireya Vargas.

21  (Doc. 15.)  On June 1, 2011, the Clerk entered default as to Jorge Vargas.  (Doc. 18.)  Thereafter,

22  Plaintiff moved for default judgment on July 1, 2011.  (Doc. 21.)  Magistrate Judge Gary S.

23  Austin took the motion off calendar and under submission on July 21, 2011.  (Doc. 26.)

24       On July 21, 2011, the Magistrate Judge issued Findings and Recommendations that

25  Plaintiff's application for default judgment be granted against the interests of Mireya Vargas and

26  Jorge Vargas in the Defendant Property - a 2007 Chevrolet Silverado 1500 Pickup Truck, VIN

27

28                                           1

1   1GCEK14KZ545955, California License No. 8G37483 - and that final forfeiture judgment vest

2   in Plaintiff United States of America all right, title and interest in the Defendant Property.  The

3   Findings and Recommendations were served on all parties and contained notice that any

4   objections were to be filed within fifteen (15) days of service of the recommendation.  (Doc. 27.)

5   No objections have been filed.

6        In accordance with the provisions of Title 28 of the United States Code section 636

7   (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the

8   entire file, the Court finds that the Findings and Recommendations are supported by the record

9   and proper analysis.

10        Accordingly, IT IS HEREBY ORDERED that:

11        1.    The Findings and Recommendations dated July 21, 2011, are ADOPTED IN

12              FULL;

13        2.    Plaintiff's application for default judgment is GRANTED against the interests of

14              Mireya Vargas and Jorge Vargas in the Defendant Property;

15        3.    Final forfeiture judgment SHALL vest in Plaintiff United States of America all

16              right, title and interest in the Defendant Property; and

17        4.    Plaintiff United States of America SHALL submit a proposed default and final

18              forfeiture judgment consistent with the findings and recommendations and order

19              adopting them within ten days of the date of this Order.

20   IT IS SO ORDERED.

21   **Dated:   August 8, 2011**                    **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28                                              2