BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-CV-01881-OWW-GSA |
| Plaintiff, | ) | **DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |
| v. | ) | |
| 2007 CHEVROLET SILVERADO 1500 PICKUP TRUCK, VIN:1GCEK14J27Z545955, CALIFORNIA LICENSE NO. 8G37483, | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default Judgment filed July 11, 2011. The Magistrate Judge has recommended that the United States' motion for default judgment be granted. The time for objecting to the Findings and Recommendations of the Magistrate Judge has passed and no timely objections have been filed. An Order Adopting the Magistrate Judge's Findings and Recommendations was filed on August 8, 2011. Based on the Magistrate Judge's Findings and Recommendations on Plaintiff's *Ex Parte* Application for Default Judgment, the Order Adopting the Magistrate Judge's Findings and Recommendations, and the files and records of the Court, it is

///

1   DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE

1  ORDERED, ADJUDGED AND DECREED:

2  1. The Court adopts the Magistrate Judge's July 22, 2011, Findings and
3  Recommendations in full.

4  2.  Jorge Vargas and Mireya Vargas are held in default.

5  3. A judgment by default is hereby entered against any right, title, or
6  interest in the defendant 2007 Chevrolet Silverado 1500 Pickup Truck, VIN:
7  1GCEK14J27Z545955, California License No.8G37483 (hereafter "defendant
8  vehicle") of Jorge Vargas, Mireya Varagas, and all other potential claimants who
9  have not filed claims in this action.

10  4. A final judgment is hereby entered forfeiting all right, title, and interest
11  in the defendant vehicle to the United States of America, to be disposed of according
12  to law, including all right, title, and interest of Jorge Vargas and Mireya Vargas.

13  5. All parties shall bear their own costs and attorneys' fees.

17  IT IS SO ORDERED.

18  **Dated:   August 26, 2011**              **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE